IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYRONE JERALD LEE,

          Plaintiff,

   v.

DYKE,

          Defendant.

Case No. 3:21-cv-01245-MO

JUDGMENT

MOSMAN, District Judge.

Where Plaintiff has not complied with the Court's September 20, 2021 Order (#6) requiring him to pay the civil filing fee in order to proceed with this case, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

   8/18/2022
     DATE

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

1 - JUDGMENT